IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-01546-JLK-STV

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STEPHEN T. BROWN, Jr.,

      Defendant.

## NOTICE OF APPEARANCE

Boris Bourget, Trial Attorney for the United States Department of Justice, Tax Division, enters an appearance on behalf of the United States of America.

Respectfully submitted November 18, 2019.

      RICHARD E. ZUCKERMAN
      Principal Deputy Assistant Attorney General

      */s/ Boris Bourget*
      BORIS BOURGET
      CHARLES J. BUTLER
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 683
      Washington, D.C. 20044
      202-307-2182 (Bourget)
      202-514-6062 (Butler)
      202-307-0054 (Fax)
      Boris.bourget@usdoj.gov
      Charles.j.butler@usdoj.gov

      *Of Counsel*
      JASON R. DUNN
      United States Attorney

      *Attorneys for the United States of America*